UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>EDGEWOOD PROPERTIES, INC.<br><br>    Defendant. | CIVIL ACTION NO.: 06-1278 (HAA) (ES)<br><br>**SECOND AMENDED PRETRIAL SCHEDULING ORDER** |

THIS MATTER having come before the Court for a telephonic conference on November 8, 2007, in connection with the parties' joint request to extend certain deadlines set forth in the April 13, 2007 Amended Pretrial Scheduling Order; and for good cause shown,

IT IS on this 12th day of November, 2007,

ORDERED THAT:

## I. DISCOVERY AND MOTION PRACTICE

1. **Fact Discovery Deadline.** Fact discovery is to remain open through **May 5, 2008.** Any additional written discovery must be served **45 days prior to the May 5 cutoff date.** All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Motions to Add New Parties.** Any motions to add new parties, whether by amended or third-party complaint, must be returnable no later than **January 31, 2008.**

3. **Motions to Amend Pleadings.** Any motion to amend pleadings must be returnable no later than **January 31, 2008.**

4. **Depositions.** The number of depositions to be taken by each side shall not exceed **ten** (10). No objections to questions posed at depositions shall be made other than as to lack of foundation, form, or privilege. *See* Fed. R. Civ. P. 32(d)(3)(A).

5. **Electronic Discovery.** This paragraph shall remain unchanged from the April 13, 2007 Order.

6. **Discovery Disputes.** This paragraph shall remain unchanged from the April 13, 2007 Order.

48907

7. **Motion Practice**. This paragraph shall remain unchanged from the April 13, 2007 Order.

8. **Assertions of Privilege**. This paragraph shall remain unchanged from the April 13, 2007 Order.

9. **Fact and Expert Discovery**. All discovery, both fact and expert, including all fact and expert depositions, are to be concluded no later than **October 13, 2008**.

## II.   EXPERTS

10. **Affirmative Expert Reports**. All affirmative expert reports shall be delivered by **June 13, 2008**.

11. **Responding Expert Reports**. All responding expert reports shall be delivered by **August 14, 2008**.

12. **Expert Depositions**. All expert depositions shall be taken and completed within **60 days** of the date of receipt of the responding expert reports.

13. **Form and Content of Expert Reports**. This paragraph shall remain unchanged from the April 13, 2007 Order.

## III.   FINAL PRETRIAL CONFERENCE

This section shall remain unchanged from the April 13, 2007 Order.

## IV.   MISCELLANEOUS

This section shall remain unchanged from the April 13, 2007 Order.


AND IT IS FURTHER ORDERED THAT, in light of the foregoing amendments to the April 13, 2007 Amended Pretrial Scheduling Order, the August 30, 2007 Motion to Stay Discovery filed by Third-Party Defendant MIG-Alberici, LLC (Docket No. 59) and the August 30, 2007 Motion for a Protective Order Staying Discovery for Sixty Days filed by Third-Party Defendant EQ Northeast, Inc. (Docket No. 60) are hereby rendered moot and withdrawn;

AND IT IS FURTHER ORDERED THAT the parties will meet and confer regarding Third-Party Defendant MIG-Alberici LLC's pending Motion for Leave to File a Fourth-Party

48907

Complaint (Docket No. 66) and advise the Court as to the status of that motion by November 21, 2007.

_____
ESTHER SALAS
UNITED STATES MAGISTRATE JUDGE

48907